AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. Section 2422(b) -- Enticement of a Minor to Engage in Prohibited Sexual Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
15 years Imprisonment;
$250,000 Fine;
3 years Supervised Release;
$100 Special Assessment

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATIONS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: ROBERT S. MUELLER, III
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BRIAN J. STRETCH

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2001 AUG 30 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ RAKESH DHINGRA

DISTRICT COURT NUMBER
**CR01-40144 SBA**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

FILED
2001 AUG 30 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

RAKESH DHINGRA

CR01-40144 SBA

DEFENDANT.

## INDICTMENT

18 U.S.C. 2422(b) - Enticement of a Minor to Engage in Prohibited Sexual Conduct

---

A true bill.

_Brenda J. Bruessard_
Foreman

Filed in open court this _____ day of _____.

_____
Clerk

Bail, $ _No bail arrest warrant_
_Wayne D. Brazil  8/30/01_

ROBERT S. MUELLER, III (CSBN 59775)
United States Attorney

FILED

2001 AUG 30 PM 1:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAKESH DHINGRA, <br> Defendant. | No. CR01-40144 SBA <br><br> VIOLATION: 18 U.S.C. § 2422(b) -- Enticement of a Minor to Engage in Prohibited Sexual Conduct <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about and between July 6, 2000 and July 10, 2000, in the Northern District of California, the defendant

RAKESH DHINGRA

knowingly persuaded, induced, and enticed an individual who had not attained the age of 18 years to engage in lewd or lascivious conduct under such circumstances as would constitute a criminal offense under California Penal Code Section 288(c)(1), by using a

//

INDICTMENT

1  facility and means of interstate commerce, in violation of Title 18, United States Code,
2  Section 2422(b).
3
4  DATED: *August 30, 2001*                A TRUE BILL.
5
6                                          *[signature]*
7                                          FOREPERSON
8  ROBERT S. MUELLER, III
   United States Attorney
9
10 *[signature]*
   CHARLES B. BURCH
11 Chief, Oakland Branch
12
13 (App'd as to form: *[signature]*
                      AUSA Stretch)
14
...
28

INDICTMENT