1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT BENNETT (NYBN 5132063)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        samantha.schott@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) **CASE NO. CR 01-40144 SBA** |
|---|---|
| Plaintiff, | ) **UNITED STATES' RESPONSE TO** |
| v. | ) **DEFENDANT'S PROPOSED STIPULATION** |
| RHAKESH DHINGRA, | ) |
| Defendant. | ) |

On December 1, 2020, this Court denied Defendant's Motion to Amend or Alter the Court's October 13, 2020, Order denying Defendant's Renewed Petition for Writ of Error Coram Nobis. Dkt. 182. The Court instructed Defendant that any further filings on the subject matter of the petition would be summarily denied. *Id*., p. 2.

Defendant subsequently filed a letter at Dkt. 183, requesting that the government conduct an investigation into the witness. Defendant filed as an attachment to the letter at Dkt. 183-1, a "Stipulation and [Proposed] Order Confirming Perjury by Leader of FBI Cyber Squad, San Francisco Bay Area, Charles J. Esposito to Obtain Wrongful Conviction During September 2002 Jury Trial." The defendant later filed a Corrected version, captioning the document as a Proposed Stipulation. Dkt. 184.

For the reasons previously discussed in the government's Opposition to Defendant's Petition for

Writ of Error Coram Nobis, Dkt. 155, and in the Court's Orders denying the Petition, Dkt. 160, the Renewed Petition, Dkt. 179, and the Motion to Alter or Amend, Dkt. 182, the government <u>declines</u> to join the proposed stipulation and requests that the Court deny the stipulation and proposed order filed by the defendant.

                                              Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              _____//S//_____
                                              SAMANTHA SCHOTT BENNETT
                                              Assistant United States Attorney